## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| STACEY TURNER, <br><br> Plaintiff, <br><br> v. <br><br> DOLLAR TREE STORES, INC., <br><br> Defendant. | No. |

## NOTICE AND PETITION FOR REMOVAL TO FEDERAL COURT

Defendant, DOLLAR TREE STORES, INC., by and through its attorney, Henry Ortiz of CASSIDAY SCHADE LLP, pursuant to 28 U.S.C. 1332, 1441, and 1446, removes this lawsuit from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division. In support of its Notice and Petition for Removal, Defendant states as follows:

1. The grounds for Defendant's Notice of Removal is subject matter jurisdiction based on diversity of citizenship as established in 28 U.S.C. 1332.

2. Plaintiff, STACEY TURNER, filed a Complaint at Law in the Law Division of the Circuit Court of Cook County, Case No. 2022 L 006510 on July 21, 2022. (*See* Plaintiff's Complaint, attached hereto as **"Exhibit A"**). Dollar Tree was served on August 15, 2022. (*See* **"Exhibit A"**).

3. Plaintiff alleges in her Complaint that on August 12, 2020, she sustained injuries and damages of a personal, pecuniary and permanent nature as a result of a slipping and falling at a Dollar Tree store in Crest Hill, Cook County, Illinois. (*See* **Exhibit A**).

1

4.       Based upon Defendant's understanding of Plaintiff's claimed medical history, Plaintiff claims to have incurred medical specials in excess of $75,000.00 as a result of injuries sustained from this occurrence.

5.       Upon information and belief, at the time this action was commenced, and since then, Plaintiff has been a citizen of the State of Illinois.

6.       Dollar Tree is a foreign corporation, incorporated in Virginia, with its principal place of business in Chesapeake, Virginia. (*See* Illinois Corporation File Detail Deport, attached hereto as **"Exhibit B"**; *see also* Commonwealth of Virginia Business Entity Details, attached hereto as **"Exhibit C"**).

7.       Therefore, complete diversity of citizenship exists among the Parties.

8.       Based on the foregoing, this court has subject matter jurisdiction over Plaintiff's claims pursuant to 28 U.S.C.A. § 1332(a) because this is a civil action, in which the amount in controversy exceeds $75,000.00, and all parties are citizens of different states.

9.       As required by 28 U.S.C. 1446(d), Defendant will promptly serve upon Plaintiff's counsel, and file with the Clerk of the Circuit Court of Cook County, a true and correct copy of the Notice of Removal.

10.      By removing this action, Defendant does not waive any defenses available to it.

11.      In the unlikely event that any question arises as to the propriety of the removal of this action, Defendant requests the opportunity to present a brief and oral argument in support of its position that this case is removable.

12.      This Notice is signed in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant, DOLLAR TREE STORES, INC., d/b/a DOLLAR TREE prays that this Honorable Court retain jurisdiction of this matter pursuant to 28 U.S.C. 1332, 1441, and 1446.

        Respectfully submitted,

        CASSIDAY SCHADE LLP

By: /s/ Henry Ortiz
    One of the Attorneys for Defendant,
    DOLLAR TREE STORES, INC.

James A. Foster – ARDC#6185413
Henry Ortiz – ARDC #6275645
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
jfoster@cassiday.com
hortiz@cassiday.com

11170997



## Notice of Service of Process

null / ALL
Transmittal Number: 25391029
Date Processed: 08/15/2022

| | |
|---|---|
| Primary Contact: | Connie Ferrell<br>Dollar Tree Stores Inc<br>500 Volvo Pkwy<br>Chesapeake, VA 23320-1604 |
| Electronic copy provided to: | Heather Hunter<br>JJ Jacobson-Allen |
| Entity: | Dollar Tree Stores, Inc.<br>Entity ID Number 3697563 |
| Entity Served: | Dollar Tree Stores Inc. |
| Title of Action: | Stacey Turner vs. Dollar Tree Stores Inc. |
| Matter Name/ID: | Stacey Turner vs. Dollar Tree Stores Inc. (12722546) |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court/Agency: | Cook County Circuit Court, IL |
| Case/Reference No: | 2022L006510 |
| Jurisdiction Served: | Illinois |
| Date Served on CSC: | 08/15/2022 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | The Kryder Law Group, LLC<br>312-223-1700 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

EXHIBIT "A"

All Law Division initial Case Management Dates will be heard via ZOOM.
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/12
Remote Court date: 9/20/2022 9:30 AM

FILED DATE: 7/21/2022 12:07 PM    2022L006510

FILED
7/21/2022 12:07 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L006510
Calendar, C
18767127

| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (03/15/21) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

STACEY TURNER

Plaintiff(s)

v.

DOLLAR TREE STORES INC.

Defendant(s)

c/o IL Corporation Service Company
801 Adlai Stevenson Dr. Springfield, IL 62703

Address of Defendant(s)

Case No. 2022L006510



Please serve as follows (check one):   ○ Certified Mail   ● Sheriff Service   ○ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

### THERE IS A FEE TO FILE YOUR APPEARANCE.

**FILING AN APPEARANCE:** Your appearance date is NOT a court date. It is the deadline for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE, unless you are unable to eFile your appearance/ answer.** You can download an Appearance form at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp. After completing and saving your Appearance form, you can electronically file (e-File) it with the circuit clerk's office.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 3

Summons - Alias Summons　　　　　　　　　　　　　　　　(03/15/21) CCG 0001 B

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/ service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at www.cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

⦿ Atty. No.: 38274
○ Pro Se 99500

Name: The Kryder Law Group, L.L.C.

Atty. for (if applicable):
Plaintiff

Address: 134 North LaSalle, Suite 1515

City: Chicago

State: IL　Zip: 60602

Telephone: 312-223-1700

Primary Email: Info@Kryderlaw.com

Witness date _____

7/21/2022 12:07 PM IRIS Y. MARTINEZ

Iris Y. Martinez, Clerk of Court

☐ Service by Certified Mail

☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:   (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6441

### ALL SUBURBAN CASE TYPES
#### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:   (847) 470-7250

#### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:   (847) 818-3000

#### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:   (708) 865-6040

#### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:   (708) 974-6500

#### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:   (708) 232-4551

All Law Division initial Case Management Dates will be heard via ZOOM.
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/12
Remote Court date: 9/20/2022 9:30 AM

FILED
7/21/2022 12:07 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L006510
Calendar, C
18767127

FILED DATE: 7/21/2022 12:07 PM 2022L006510

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| STACEY TURNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 2022L006510 |
| DOLLAR TREE STORES, INC., | ) ) ) |
| Defendant. | ) |

### COMPLAINT AT LAW

NOW COMES the Plaintiff, STACEY TURNER, by and through her attorneys, THE KRYDER LAW GROUP, LLC, and complains of the Defendant, DOLLAR TREE STORES, INC., as follows:

1. On or about August 12, 2020, Defendant, DOLLAR TREE STORES, INC., owned, operated, maintained, and/or controlled the property located at or near 1701 North Larkin Avenue in the City of Crest Hill, State of Illinois.

2. On or about August 12, 2020, Plaintiff, STACEY TURNER, was lawfully on the premises of the property of DOLLAR TREE STORES, INC., located at or near 1701 North Larkin Avenue in the City of Crest Hill, State of Illinois.

3. On the above date and time, Plaintiff, STACEY TURNER, was caused to fall by a liquid and/or ice that had accumulated on the floor within the Defendants' aforementioned property.

4. At all times material to this matter, Defendant, DOLLAR TREE STORES, INC., was responsible for ensuring that the interior walkways were safe for those patrons lawfully on the property.

5. Defendant, DOLLAR TREE STORES, INC., by and through its agents and/or

employees, knew or should have known that its failure to adequately maintain the interior walkways so as to provide a safe manner of ingress and egress in its property would create a dangerous condition for those patrons lawfully on the property.

6. At all times material the Plaintiff, STACEY TURNER, was lawfully on the premises and free of contributory fault

### COUNT I - NEGLIGENCE – STACEY TURNER V. DOLLAR TREE STORES, INC.

7. Plaintiff re-alleges and incorporates paragraphs 1 - 6 as though fully set forth herein.

8. At all times material to this matter, Defendant, DOLLAR TREE STORES, INC., by and through its agents and/or employees, had a duty to keep the property in a safe condition for those lawfully on the premises.

9. Defendant, DOLLAR TREE STORES, INC., breached this duty in one or more of the following ways:

    a) Negligently failed to remove liquids and/or slippery substances from the throughway;

    b) Negligently failed to ensure that the walkway provided to its patrons provided a safe manner of ingress and egress for those lawfully on its property;

    c) Negligently operated, managed, maintained, inspected and/or controlled the property;

    d) Negligently and knowingly allowed the premises to remain in an unsafe condition, knowing or where they should have known in the exercise of reasonable care it would create a dangerous condition to those lawfully on

FILED DATE: 7/21/2022 12:07 PM 2022L006510

the premises;

e) Negligently and knowingly failed to post proper warnings of the dangerous condition that existed, knowing or where they should have known in the exercise of reasonable care that such warning was necessary to ensure the safety of those lawfully on the premises;

f) Failed to follow its policies and procedures for inspection of the premises;

g) Was otherwise careless and negligent.

10. As a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of Defendant, DOLLAR TREE STORES, INC., Plaintiff, STACEY TURNER, sustained severe and permanent bodily injury. Further, Plaintiff has suffered great pain and anguish and will in the future, continue to suffer. Plaintiff further expanded and became liable for large sums of money for medical care and services and will in future expend money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff, STACEY TURNER, demands judgment against the Defendant, DOLLAR TREE STORES, INC., individually in a sum greater than $50,000.00 plus costs and any other relief this Court deems fair and just.

Respectfully Submitted:

By: /s/ Alexander Gerteis
Plaintiff's Attorney

The Kryder Law Group, LLC
134 N. LaSalle Street, Suite 1515
Chicago, Illinois 60602
Tel.: (312) 223-1700
Atty. No.: 38274



cyberdriveillinois.com is now ilsos.gov

Office of the Secretary of State Jesse White
ilsos.gov

# Corporation/LLC Search/Certificate of Good Standing

Corporation File Detail Report

| | |
|---|---|
| File Number | 58239232 |
| Entity Name | DOLLAR TREE STORES, INC. |
| Status | |
| ACTIVE | |

**Entity Information**

Entity Type
CORPORATION

Type of Corp
FOREIGN BCA

Qualification Date (Foreign)
Monday, 13 March 1995

State
VIRGINIA

Duration Date
PERPETUAL

**Agent Information**

Name
ILLINOIS CORPORATION SERVICE COMPANY

Address
801 ADLAI STEVENSON DRIVE
SPRINGFIELD , IL 62703

Change Date
Tuesday, 13 June 2017

**Annual Report**

Filing Date
Wednesday, 2 March 2022

EXHIBIT "B"

For Year
2022

## Officers

President
Name & Address
MIKE WITYNSKI 500 VOLVO PARKWAY CHESAPEAKE VA 23320

Secretary
Name & Address
WILLIAM A OLD JR. SAME

## Assumed Name

INACTIVE
DOLLAR BILL$

INACTIVE
DEAL$

Return to Search

File Annual Report
Adopting Assumed Name
Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.ilsos.gov, the official website of the Illinois Secretary of State's Office.

Tue Sep 06 2022

## Entity Information

### Entity Information

| | |
|---:|---|
| Entity Name: | DOLLAR TREE STORES, INC. |
| Entity ID: | 02938496 |
| Entity Type: | Stock Corporation |
| Entity Status: | **Active** |
| Series LLC: | N/A |
| Reason for Status: | Active and In Good Standing |
| Formation Date: | 10/15/1986 |
| Status Date: | 12/01/2004 |
| VA Qualification Date: | 10/15/1986 |
| Period of Duration: | Perpetual |
| Industry Code: | 0 - General |
| Annual Report Due Date: | 10/31/2022 |
| Jurisdiction: | VA |
| Charter Fee: | $0.00 |
| Registration Fee Due Date: | 10/31/2022 |

### Registered Agent Information

| | |
|---:|---|
| RA Type: | Entity |
| Locality: | RICHMOND CITY |
| RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | CORPORATION SERVICE COMPANY |
| Registered Office Address: | 100 Shockoe Slip Fl 2, Richmond, VA, 23219 - 4100, USA |

### Principal Office Address

Address: 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA

### Principal Information

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| Assistant Secretary | No | CYNTHIA BERTUCCI | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | DEBORAH MILLER | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Chief Financial Officer | Yes | KEVIN S. | 500 VOLVO PARKWAY, CHESAPEAKE, VA, | 09/29/2021 |

EXHIBIT "C"

(https://www.facebook.com/VirginiaStateCorporationCommission) (https://twitter.com/VAStateCorpComm)

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| President, Chief Executive Officer | Yes | MICHAEL WITYNSKI | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President, Assistant Secretary | No | ROGER DEAN | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2021 |
| Deputy General Counsel | No | BETH BERMAN | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Chief Human Resources Officer | No | BETTY CLICK | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Chair | Yes | BOB SASSER | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2021 |
| Vice President | No | BRUCE PAOLINI | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Executive Vice President | No | ALASDAIR JAMES | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2021 |
| Vice President | No | CHRISTOPHER TEETER | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Senior Vice President | No | CHRISTOPHER WILLIAMS | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Zone Vice President | No | ALEXANDRA TORRES | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2021 |
| Chief Strategy Officer | No | DAVID JACOBS | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | DAVID JEWELL | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Zone Vice President | No | DAWN MARTINEZ | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Zone Vice President | No | DOUGLAS YOST | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | JONATHAN L. ELDER | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Assistant Secretary | No | HARRY R. SPENCER | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2021 |
| Treasurer, Senior Vice President, Controller and Assistant Secretary | No | KATHLEEN MALLAS | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2021 |
| Chief Information Officer | No | JAMES PAISLEY | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2021 |
| Vice President | No | KEITH ZANNI | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | LEONEL ANGUIANO | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |

(https://www.facebook.com/VirginiaStateCorporationCommission)     (https://twitter.com/VAStateCorpComm)

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| Vice President | No | MICHEAL HENDRICKS | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Zone Vice President | No | CARMEN PALMER | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2021 |
| Senior Deputy General Counsel, Assistant Secretary | No | JOHN S. MITCHELL, JR. | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2021 |
| Senior Vice President | No | PETER BARNETT | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2021 |
| Vice President | No | RANDY GUILER | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Chief Merchandising Officer | No | RICHARD MCNEELY | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | ROBERT GANTT | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Senior Vice President | No | ROBERT OBEROSLER | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | ROBERT THOMSON | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Zone Vice President | No | RUSS HARDEN | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | RYAN HILL | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | SCOTT KERN | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | KEVIN MCKENZIE | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2021 |
| Senior Vice President | No | STEVE FARRELL | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | STEVEN SCHUMACHER | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | SUZAN KAUFMAN | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Senior Vice President | No | THOMAS MCALOON | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Senior Vice President | No | TODD LITTLER | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Chief Operating Officer | No | TOM O'BOYLE | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | MENNO ENTERS | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2021 |

(https://www.facebook.com/VirginiaStateCorporationCommission)   (https://twitter.com/VAStateCorpComm)

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| Chief Legal Officer, General Counsel and Corporate Secretary | No | WILLIAM A. OLD. JR. | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | MICHAEL NEWMAN | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2021 |
| Vice President | No | TOM BALCHAK | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2021 |
| Vice President | No | TRAVIS MCNAIL | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2021 |

Current Shares

Total Shares: 5000

Filing History    RA History    Name History    Previous Registrations    Garnishment Designees    Image Request

Back    Return to Search    Return to Results

Back to Login